BANK OF NEW YORK, Respondent, *v.* HANNAH BLUMENTHAL, Appellant.

Argued January 23, 1941; decided February 27, 1941.

*Barney B. Fensterstock, Israel Akselrod* and *Leonard Zalkin* for appellant.

*Thomas B. Fenlon* and *Langdon P. Marvin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.